**DISMISS and Opinion Filed April 12, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00667-CV**

**EVANGELINA REYES, Appellant**
**V.**
**JOSE TINAJERO, A BETTER PLACE LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02212**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Smith

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record. Following four extensions of time to file her brief, appellant filed a brief on February 3, 2023. On February 9, 2023, we notified appellant, who is proceeding pro se, that her brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. We listed numerous defects in the brief, including that it did not contain a table of contents, a statement of the case, or list the issues for review. Further, no part of the brief contained any citations to the record and the brief did

not list or cite to any authorities. We instructed appellant to file an amended brief correcting these deficiencies within ten days. We later extended the time to file her amended brief and sent appellant a copy of the clerk's record on February 22, 2023. On March 14, 2022, we denied appellant's March 13, 2023 second request to extend time to file her amended brief. In that order, we cautioned appellant that her brief remained due on March 15, 2023 and that the appeal remained subject to dismissal if she failed to file an amended brief. To date, appellant has not filed an amended brief nor otherwise corresponded with the Court regarding the status of this appeal.

Even liberally construing appellant's February 3, 2023 brief, we conclude it is wholly inadequate to present any questions for appellate review and is in flagrant violation of rule 38.1. *See* Tex. R. App. P. 38.1; *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App—Dallas 2010, no pet.). Further, although directed to do so, appellant has failed to file an amended brief correcting the briefing deficiencies. Under these circumstances, we strike appellant's February 3, 2023 brief and dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.9(a); 42.3(b),(c).

/Craig Smith/
CRAIG SMITH
JUSTICE

220667F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

EVANGELINA REYES, Appellant

No. 05-22-00667-CV        V.

JOSE TINAJERO, A BETTER
PLACE LLC, Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-02212.
Opinion delivered by Justice Smith.
Justices Molberg and Carlyle
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered April 12, 2023